UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:18-cv-02535-SCB-TGW

| | |
|---|---|
| Donald Parent Jr., | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Capital One Bank (USA) N.A., | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal *with prejudice* within 60 days.

Dated: August 26, 2019

/s/ Janelle A. Weber

Janelle A. Weber, Esq.
Florida Bar No. 017630
Law Office of Janelle A. Weber, P.A.
1520 W. Cleveland St., Ste. A
Tampa, FL 33606
Telephone: (813) 982-3663
Facsimile: (813) 982-3810
E-mail: jweber@janelleweberlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2019, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF), which will send notice to all counsel of record.

                                                         By: */s/ Janelle A. Weber*
                                                             Janelle A. Weber, Esq.