# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Civil Case Number: 8:18-cv-02535-SCB-TGW**

Donald Parent Jr.,

                Plaintiff,

  v.

Capital One Bank (USA) N.A.,

                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs or fees to any party.

Dated: December 10, 2019

| | |
|---|---|
| */s/ Janelle A. Weber* | */s/ Jenny Nicole Perkins* |
| Janelle A. Weber, Esq. | Jenny Nicole Perkins |
| Florida Bar No. 017630 | Ballard Spahr, LLP |
| Law Office of Janelle A. Weber, P.A. | 1735 Market St., 51st Floor |
| 1520 W. Cleveland St., Ste. A | Philadelphia, PA 19103-7599 |
| Tampa, FL 33606 | Telephone: (215) 864-8378 |
| Telephone: (813) 982-3663 | Fax: (215) 864-8999 |
| Facsimile: (813) 982-3810 | Email: perkinsj@ballardspahr.com |
| E-mail: jweber@janelleweberlaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 10, 2019, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF), which will send notice to all counsel of record.

                                        By: */s/ Janelle A. Weber*
                                               Janelle A. Weber, Esq.